1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY ROBERT RODRIGUEZ,<br><br>Movant,<br><br>v.<br><br>SOCIAL SECURITY ADMINTISTRATION OFFICE OF THE INSPECTOR GENERAL,<br><br>Respondent. | **14-mc-00006 GSA**<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS** |

    The movant, Jerry Robert Rodriquez ("movant"), filed a Motion for an Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978.  However, the movant has not paid the required $46.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

    Accordingly, IT IS HEREBY ORDERED that:

    The Clerk of the Court shall serve the movant with a copy of this order and an in forma pauperis application. No later than **March 31, 2014**, the movant shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $45.00 filing fee for this action.  No requests for extension will be granted without a showing of

1

1  good cause.

2       Failure to comply with this order will result in dismissal of this action.

3

4

5  IT IS SO ORDERED.

6

7     Dated:   **February 25, 2014**           **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE