UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY ROBERT RODRIGUEZ,<br><br>  Movant,<br><br>  v.<br><br>SOCIAL SECURITY ADMINTISTRATION OFFICE OF THE INSPECTOR GENERAL,<br><br>  Respondent. | **14-mc-00006 GSA**<br><br>**ORDER REQUIRING THAT THE GOVERNMENT FILE A RESPONSE NO LATER THAN JUNE 27, 2014** |

On February 13, 2014, the movant, Jerry Robert Rodriquez ("the movant"), filed a Motion for an Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978 ("RFPA"), 12 U.S.C. § 3401 *et seq*. (Doc. 1).  However, he had not paid the filing fee.  On February 26, 2014, this Court ordered that the movant pay the filing fee within forty-five (45) days.  The filing fee was paid on March 28, 2014.

Pursuant to 12 U.S.C. 3410 (b) this Court orders the Respondent, Social Security Administration Office of the Inspector General ("the government") to file a sworn response to the movant's motion.  This response shall be filed no later than **June 27, 2014**.

The government has not yet appeared in this action.  Accordingly, the movant shall serve

a file-stamped copy of his motion and the sworn statement (Doc. 1) *and* a copy of this order by delivering or mailing *by registered mail or certified mail* to :

Social Security Administration
Office of the Inspector General/Office of Investigations
2440 Tulare Street, Suite 310
Fresno, California 93721
ATTN; Special Agent Eric L. Owen

The movant shall file a proof of service no later than **May 21, 2014**. The proof of service shall contain a statement under penalty of perjury identifying the date the above documents were served, the method of service, as well as the person served. The movant is advised that "a consumer's ability to challenge a subpoena is cabined by strict procedural requirements." *S.E.C. v. Jerry T. O'Brein, Inc.*, 467 U.S. 735, 745 (1984). **Failure to comply with this order may result in dismissal of this action.**

The Clerk of the Court is also directed to serve the government with a copy of this order at the above address via first-class mail.

IT IS SO ORDERED.

Dated:   **May 8, 2014**              **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE