# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY ROBERT RODRIQUEZ, | **14-mc-0006 GSA** |
| Movant, | |
| v. | **ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE** |
| SOCIAL SECURITY ADMINISTRATION, OFFICE OF THE INSPECTOR GENERAL, | |
| Respondent. | |

In light of the denial of the Movant's Motion for Order Pursuant to the Customer Challenge Provisions of the Right to Privacy Act (Doc. 6), the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **July 3, 2014**          /s/ Gary S. Austin
                                                   UNITED STATES MAGISTRATE JUDGE

1